**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on November 24, 2008



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 08–17771–JKO**

**Chapter: 7**

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

David Velazquez
13166 NW 11 Pl
Sunrise, FL 33323

SSN: xxx–xx–8870

Marisol Montanez–Canales
13166 NW 11 Pl
Sunrise, FL 33323

SSN: xxx–xx–6376

## FINAL DECREE

The trustee, Marika Tolz, having filed a final report that the estate has been fully administered, is discharged and the case is closed.